IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

So Ordered.
/s/ Patricia A. Gaughan
3/29/12

ROBERT MERRRIMAN,
CHERYL MERRIMAN

    Plaintiffs,

- v -

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

**Civil Action No. 1:11-cv-02424-PAG**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Robert Merriman and Cheryl Merriman, and Defendant, NCO Financial Systems, Inc.. ("NCO"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NCO, with each side to bear its own fees and costs.

Dated: March 28, 2012.

Cheryl A. Haynes, Esq.
Haynes & Associates
3214 Yorkshire Road, Ste. 205
Cleveland Heights, OH 44118
Telephone No.: (216) 513-3121

Attorney for Plaintiffs
Robert Merriman &
Cheryl Merriman

/s/ Allison L. Cannizaro
Allison L. Cannizaro, Esq.
Sessions Fishman Nathan & Israel LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 7002
Telephone No.: (504) 828-3700

Franklin C. Malemud, Esq.
Reminger Co., LPA
1400 Midland Building
101 West Prospect Avenue
Cleveland, OH 44115
Telephone: (216) 430-2225

Attorneys for Defendant,
NCO Financial Systems, Inc.